IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARYANN LOUGHRY | : CIVIL ACTION |
| | : |
| v. | : NO. 21-3729 |
| | : |
| M&T MORTGAGE CORP., PNC BANK | : |

## ORDER

**AND NOW**, this 31st day of August 2023, upon considering Defendants' Motions for summary judgment (ECF Nos. 82, 83), Plaintiff's Oppositions (ECF Nos. 87, 88), Defendants' Replies (ECF Nos. 90, 91), finding no genuine issue of material fact precluding the entry of judgment as a matter of law given constitutionally deficient lack of standing or, even if we found standing, no genuine issues of material fact as to the reasonableness and or lack of willfulness in Defendants' conduct as more fully detailed in today's accompanying Memorandum, it is **ORDERED** Defendants' Motions for summary judgment (ECF Nos. 82, 83) are **GRANTED** and the Clerk of Court shall **close** this case.

KEARNEY, J.